1

2

3  **Entered on Docket**
   **August 25, 2009**

4                                                    _____
                                                    **Hon. Linda B. Riegle**
5                                                    **United States Bankruptcy Judge**

6

7

8  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
9  Nevada Bar No. 004417
   208 South Jones Boulevard
10 Las Vegas, Nevada 89107
   Telephone:  702 258-8200
11 bk@wildelaw.com
   Fax:  702 258-8787
12

13 and

14 MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
15 TIFFANY & BOSCO, P.A.
   2525 East Camelback Road, Suite 300
16 Phoenix, Arizona 85016
   Telephone: (602) 255-6000
17

18 America's Servicing Company, as servicer for Citigroup Global Market Realty Corp.
   09-72453
19

20             **UNITED STATES BANKRUPTCY COURT**

21                   **DISTRICT OF NEVADA**

22
   In Re:                                    | BK-S-09-15669-lbr
23
   Fred A. Simonetti and Debra J. Simonetti  | Date:  8/5/09
24                                            | Time: 10:30am
25
                                             | Chapter 7
26         Debtors.

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor America's Servicing Company, as servicer for Citigroup Global Market Realty Corp.,

its assignees and/or successors in interest, of the subject property, generally described as 278 El

Camino Verde, Henderson, NV 89074.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

**give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By _____
   **GREGORY L. WILDE, ESQ.**
   Attorney for Secured Creditor
   208 South Jones Boulevard
   Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Anthony Deluca
5830 W. Flamingo Rd., #233
Las Vegas, NV 89103
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Lenard E Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV  89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_X\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
        unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
        and each has approved or disapproved the order, or failed to respond, as indicated below
        (list each party and whether the party has approved, disapproved, or failed to respond to the
        document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order                    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_X\_  failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_ approved the form of this order                    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_X\_  failed  to respond to the document

Other Party:_____

\_\_\_\_\_ approved the form of this order                    \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed  to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach.  Copies of

        this proposed order were transmitted to Debtor's counsel and appointed trustee to which

        they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor